IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDERICK W. BAUER,

    Petitioner

JUDGMENT IN A CIVIL CASE

18-cv-353-bbc

v.

UNITED STATES PROBATION OFFICIALS,
U.S. DISTRICT COURT INDIVIDUALS,
OTHER DEFENDANTS UNKNOWN
OR IN PREVIOUS SUITS and DOJ/BOP,

    Respondents.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 6/7/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |